PROB 12C
(6/16)

Report Date: February 11, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 11, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Shane Christian Ellingsworth    Case Number: 0980 2:17CR00160-WFN-1

Address of Offender:                    Albion, Washington 99102

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: March 7, 2018

Original Offense:    Escape From Custody, 18 U.S.C. §§ 751(a) and 4082(a)

Original Sentence:   Prison - 366 days            Type of Supervision: Supervised Release
                     TSR - 36 months

Asst. U.S. Attorney:  U.S. Attorney's Office      Date Supervision Commenced: September 27, 2019

Defense Attorney:     Federal Defender's Office   Date Supervision Expires: September 26, 2022

## PETITIONING THE COURT

**To issue a WARRANT.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: Shane Ellingsworth violated standard condition number 2 by failing to report as directed on February 10, 2020.

On February 6, 2020, Mr. Ellingsworth stated he got the undersigned's card that was left on his door on February 4, 2020. He was directed to report to the probation office the following day as he had failed to maintain contact with the undersigned officer as directed. He stated he could not report on February 7, 2020, because he had to report to his Washington State Department of Corrections officer. In an effort to work with Mr. Ellingsworth, he was directed to report to the probation office on February 10, 2020, at 11 a.m. Mr. Ellingsworth failed to report as directed on February 10, 2020. As of the date of this report, Mr. Ellingsworth's whereabouts are unknown.

On October 4, 2019, Shane Ellingsworth signed his judgment for case number 2:17CR00160-WFN-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Ellingsworth was made aware by his U.S. probation officer that he must report to his U.S. probation officer as directed.

Prob12C
Re: Ellingsworth, Shane Christian
February 11, 2020
Page 2

    2    **Special Condition #2**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

        **Supporting Evidence**: Shane Ellingsworth failed to obtain a substance abuse evaluation as directed since on or about December 19, 2019.

        Mr. Ellingsworth admitted to the use of methamphetamine in December 2019. At that time, Mr. Ellingsworth was directed to obtain an updated chemical dependency evaluation. As of the date of this report, Mr. Ellingsworth has failed to obtain an updated chemical dependency evaluation as directed.

        On October 4, 2019, Shane Ellingsworth signed his judgment for case number 2:17CR00160-WFN-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Ellingsworth was made aware by his U.S. probation officer that he must complete a substance abuse evaluation and follow any recommended treatment program.

The U.S. Probation Office respectfully recommends the Court issue a **WARRANT** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 02/11/2020

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

---

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Other

Signature of Judicial Officer

2/11/2020
Date